# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
### Honorable David M. Ebel

---

Criminal Action No. 06-CR-00195-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHYLA JESSIE STAR JONES,
   *also known as Michelle*,
2. ANTHONY WRIGHT,
   *also known as T, also known as Rose*,
3. **JAMAAL BURTON,**
4. ROOSEVELT FREEMAN,

    Defendants.

_____

## ORDER
_____

THIS MATTER comes before the court, having been reassigned.

**IT IS HEREBY ORDERED:**

This court previously ordered Defendant Jamaal Burton's sentencing to take place on January 22, 2007, at 10:45 a.m. This court confirms that date and time. Sentencing will take place before Judge David M. Ebel in the U.S. District Courthouse Courtroom A201, 2d Floor (Byron G. Rogers Courthouse), 1929 Stout Street, Denver, Colorado.

DATED: December 4, 2006.

BY THE COURT:

/s/ David M. Ebel

_____

David M. Ebel
United States Circuit Judge