# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DAVID M. EBEL

Courtroom Deputy: Bernique Abiakam　　　　　　　　Date: January 22, 2007
FTR:　Jana Dillingham
Probation Officer: Pete Stein

Criminal Action No.　06-cr-00195-DME-03

*Parties:*　　　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　　　　Suneeta Hazra

　　　Plaintiff,

v.

3.　　JAMAAL BURTON,　　　　　　　　　　　　Randy S. Reisch

　　　Defendant.

_____

## SENTENCING MINUTES
_____

**11:08 a.m.　　Court in session.**

Case called.  Appearances of Counsel.

Defendant present in custody.

**Change of Plea Hearing:　October 2, 2006**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

*06-cr-00195-DME-03*
*Sentencing*
*January 22, 2007*

**ORDERED:   Government's Motion For Sentence Reduction Pursuant To USSG§5K1.1 (Filed 1/17/07; Doc. No. 177) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT**:
Defendant is sentenced as to Count One to a term of imprisonment of **14 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X)   It shall be a condition of supervised release that the defendant pay any restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

**Special conditions of supervised release:**
- (X)   Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
- (X)   Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.

*06-cr-00195-DME-03*
*Sentencing*
*January 22, 2007*

      (X)    Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer.

      (X)    Defendant shall work with the probation officer in the development of a monthly budget which shall be reviewed with the probation officer quarterly.

## RESTITUTION:

Defendant shall pay restitution in the amount of $58,909.91.  Payments are to be made to the Clerk of the United States District Court for disbursement to the payee:

> Wells Fargo Bank
> 1740 Broadway
> Department C7300-09C
> Denver, CO 80274

Restitution is ORDERED Jointly and Severally in the amount of $58,909.91 with the following Defendants:

| | |
|---|---|
| Shyla Jessie Star Jones | Criminal Case No. 06-cr-00195-DME-01 |
| Anthony Wright | Criminal Case No. 06-cr-00195-DME-02 |
| Roosevelt Freeman | Criminal Case No. 06-cr-00195-DME-04 |
| Katherine Frank | Criminal Case No. 06-cr-00476-LTB |

Disbursement of restitution payments may be deferred until the balance of the court registry account totals at least $1000.00.

## SPECIAL ASSESSMENT FEE:
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

## FINE:

No fine is imposed because the defendant has no ability to pay a fine.

Interest is waived.

**ORDERED:**   The total monetary obligations shall be due and payable immediately, with any outstanding balance to be paid in equal monthly instalments to be

*06-cr-00195-DME-03*
*Sentencing*
*January 22, 2007*

        determined within 60 days of commencing Supervised Release during the term of Supervised Release.

Defendant is advised of the right to appeal.

The Court will recommend that the Defendant be incarcerated at a facility in Colorado.

**ORDER:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:32 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 24 minutes