# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00195-DME-03

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JAMAAL BURTON,

       Defendant.

## NOTICE OF CONTINUED HEARING

       THE SUPERVISED RELEASE HEARING for Defendant Jamaal Burton is scheduled to continue on Monday, June 15, 2009, at 2:00 p.m. for one hour. The hearing will take place in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1961 Stout Street, Denver, Colorado.

       DATED this __12th__ day of June, 2009.

       BY THE COURT:

       *s/ David M. Ebel*

       DAVID M. EBEL
       United States Circuit Judge